UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE BANKRUPTCY ESTATE OF TYLER E. DISNEY and TYLER E. DISNEY, PERSONALLY,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | NO. CV-08-3050-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the parties' Stipulation and Order of Dismissal (Ct. Rec. 38). Both parties stipulate to dismissal of the above-captioned matter in its entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal (Ct. Rec. 38) is **GRANTED.**

2. The above-captioned matter is **dismissed with prejudice** and without attorney's fees and costs to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 8th day of February, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2008\Estate of Tyler E. Disney\dismiss.ord.wpd

**ORDER GRANTING STIPULATION OF DISMISSAL** \* 1